**SHERR LAW GROUP, LLP**  ATTORNEY FOR DEFENDANT
BY:   ANTHONY R. SHERR, ESQUIRE  BOROUGH OF SLATINGTON
Identification No. 44603
101 W. Airy Street
Suite 100
Norristown, PA 19401
T: (484) 591-3000
F: (484) 210-0099

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALVATORE E. TAIBI | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| BOROUGH OF SLATINGTON | : | NO. 5:18-cv-00385 |

### BOROUGH OF SLATINGTON'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

**NOW COMES** Defendant, Borough of Slatington (hereinafter referred to as "Slatington"), by and through its counsel of record, the Sherr Law Group, LLP, and pursuant to F.R.C.P. 12(b)(6) hereby moves this Honorable Court to dismiss Plaintiff's Amended Complaint with prejudice.  In support of its Motion to Dismiss, Slatington respectfully refers this Court to the attached Brief in Support and the entire record herein.

Respectfully submitted

**Sherr Law Group, LLP**

By:/s/ Anthony R. Sherr
ANTHONY R. SHERR, ESQUIRE
Attorney for Borough of Slatington