IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE TAIBI,<br><br>   *Plaintiff,*<br><br>v.<br><br>BOROUGH OF SLATINGTON,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 18-00385 |

# ORDER

**AND NOW**, this 26th day of November, 2018, after consideration of Defendant's Motion to Dismiss, (ECF No. 13), and Plaintiff's Response, (ECF No. 14), it is hereby **ORDERED** that the Defendant's Motion is **GRANTED** and the case is **DISMISSED with prejudice**.

                  BY THE COURT:

                  ***/s/ Gerald J. Pappert***
                  GERALD J. PAPPERT, J.